No. 439.   SALT RIVER VALLEY WATER USERS' ASSOCIA-
TION *v.* REYNOLDS ET AL.   November 6, 1944.   Petition
for writ of certiorari to the Circuit Court of Appeals for
the Ninth Circuit denied.   *Mr. Edwin D. Green* for peti-
tioner.   *Mr. R. G. Langmade* for respondents.

No. 441.   GUSS *v.* LASTRAP, ADMINISTRATRIX, ET AL.
November 6, 1944.   Petition for writ of certiorari to the
Circuit Court of Appeals for the Fifth Circuit denied.   *Mr.*
*Bernard A. Golding* for petitioner.

No. 442.   ROSENSWEIG ET AL. *v.* UNITED STATES.   No-
vember 6, 1944.   Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Ninth Circuit denied.   *Mr.*
*John W. Preston* for petitioners.   *Solicitor General Fahy*
and *Mr. Thomas I. Emerson* for the United States.

No. 443.   INTERCOUNTY OPERATING CORP. ET AL. *v.*
COUNTY OF NASSAU.   November 6, 1944.   Petition for
writ of certiorari to the Supreme Court of New York de-
nied.   *Messrs. Harry Mesard* and *Morris Rochman* for
petitioners.   *Mr. Milton Pinkus* for respondent.

No. 451.   CITY NATIONAL BANK, & TRUST CO., TRUSTEE,
*v.* COMMISSIONER OF INTERNAL REVENUE.   November 6,
1944.   Petition for writ of certiorari to the Circuit Court
of Appeals for the Tenth Circuit denied.   *Messrs. Morri-*
*son Shafroth, W. W. Grant,* and *Henry W. Toll* for peti-
tioner.   *Solicitor General Fahy, Assistant Attorney Gen-*

*eral Samuel O. Clark, Jr., Mr. Sewall Key, Miss Helen R. Carloss,* and *Mrs. Muriel S. Paul* for respondent.

No. 459. HELTON *v.* UNITED STATES. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. R. W. Price* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 460. ACME BREWING CO. *v.* ANGLIM, COLLECTOR OF INTERNAL REVENUE. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Theodore J. Roche* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch,* and *Miss Melva M. Graney* for respondent.

No. 463. GOLDWASSER *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence N. Goodwin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Bernard Chertcoff* for respondent. *Mr. Ewing Everett,* as *amicus curiae,* filed a brief in support of the petition.

No. 464. INTERSTATE MOTOR FREIGHT SYSTEM *v.* DUBROCK. November 6, 1944. Petition for writ of certiorari